**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

GEORGE CLERON MORGAN, #1125877    §

VS.                               §                CIVIL ACTION NO. 9:05cv41

DIRECTOR, TDCJ-CID                §

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate Harry W. McKee.  The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition of this case. No objections were filed.

This Court finds that the Magistrate Judge's findings and conclusions are correct, and they are adopted. The Court therefore

**ORDERS** that Respondent's motion to dismiss (dkt. #19) is **GRANTED**;

**ORDERS**, **ADJUDGES,** and **DECREES** that the case is **DISMISSED WITHOUT PREJUDICE**; and

**ORDERS** that all motions not previously ruled on are denied.

So **ORDERED** and **SIGNED** this **13** day of **January, 2006.**

_____
Ron Clark, United States District Judge