# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# LUFKIN DIVISION

| | | |
|---|---|---|
| GEORGE CLERON MORGAN, #1125877 | § | |
| VS. | § | CIVIL ACTION NO. 9:05cv41 |
| DIRECTOR, TDCJ-CID | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner George Cleron Morgan, a prisoner confined in the Texas prison system, filed this petition for a writ of habeas corpus challenging his conviction pursuant to 28 U.S.C. § 2254. The petition was referred for findings of fact, conclusions of law and recommendations for the disposition of the case.

On August 1, 2008, and June 17, 2009, Petitioner filed Rule 60(b) motions asking this Court to vacate its January 13, 2006, judgment dismissing his petition for a writ of habeas corpus as a successive petition. The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition of these motions. The Report recommended denying the motions as successive § 2254 motions. No objections were filed.

This Court finds that the Magistrate Judge's findings and conclusions are correct, and adopts

them as the Court's findings and conclusions. The Court therefore

**ORDERS** that Petitioner's Rule 60(b) motions (docket #50 and #63) are **DENIED**; and

**ORDERS** that all motions not previously ruled on are denied.

So **ORDERED** and **SIGNED** this **28** day of **October, 2009.**

_____
Ron Clark, United States District Judge